# Beginning Futures

4981 Thrush
St Louis, MO 63136
(314) 381-8400 Office
(314) 381-8405 Fax

September 29, 2022

Northway Market
5590 W Florissant Ave
St. Louis, MO 63120

Ref: Letter Of Support

To Whom It May Concern,

Please accept this letter of support for Mr. Hisham Mutan and Northway Market located in the Walnut Park community. Our community offers limited resources that our seniors, children and residents without vehicles can access. Northway Market is open 7 days a week, offering extended hours to help meet the community needs. This is the only business that has remained open throughout the duration of COVID and continues to provide full day hours. There are other commercial vendors within the community that close daily at odd times due to lack of staffing.

Mr. Mutan has been within this community for 20 plus years familiar and personal with family generations throughout the neighborhood. Mr. Mutan is one call away for a mother working extended hours and in need of food and household items for her children in her absence. Northway Market is our source of equity a disinvested community. Individuals that do not reside or work directly within the Walnut Park community may lack vision of the limited we have access to. Our staff at Beginning Futures Learning Center utilize the services of Northway Market on a daily basis and we appreciate having this service within our community, while so many other service providers have fled.

Respectfully,

*Rochelle Bea*

Rochelle Bea,
Executive Director



*"Laying the foundation for lifelong learning"*



September 22, 2022

To Whom It May Concern:

Please be advised that I am familiar with Mr. Hisham Mutan as a small business owner. He is the owner and general manager of several grocery stores located throughout the Cities of St. Louis and St. Louis County. Hisham is simply one of the nicest, most gentle, most giving and caring person you will ever meet! I'm proud to have made his aquantints. Hisham makes financial donations to local charities. He provides food baskets during the holidays and school supplies to local schools and makes donations to other worthy causes.

Hisham is in good standing with the St. Louis City National Association for the Advancement of Colored People (NAACP) as well as the local neighborhood in which he works as well as the community in which he lives.

If you have any questions or need additional information, please feel free to contact me.

Sincerely,

Rev. Elston K. McCowan
(314) 496-7861 Personal Mobil Phone
(314) 361-8600 NAACP Local Main Office Number
revemccowan@yahoo.com

National Association for the Advancement of Colored People St. Louis Branch
4811 Delmar ▪ Saint Louis, Missouri 63108 ▪ Tel: 361-8600 ▪ Fax: 361-4334
stlouisnaacp@sbcglobal.net



Walbridge STEAM Academy – 5000 Davison Ave. - St. Louis, Mo. 63120 – (314) 383-1829

September 28, 2022

To Whom It May Concern:

Mr. Hisham Mutan, 'Sam,' is considered a close ally to the Walnut Park Neighborhood in North St. Louis City. Over the years Sam has employed workers directly from the community. He has even hired some family members of students attending our school, Walbridge S.T.E.A.M. Academy. His generosity and concern for our students, their families and the staff is just legendary, to say the least.

As a result of a St. Louis City initiative, Mr. Mutan started providing healthy food products such as foods with low sodium, low sugar, etc. He continues to provide fresh fruit and vegetables at his convenience store, Northway Market. For the last several years, Sam has donated food baskets at our request as well as delivered Thanksgiving and Christmas baskets to needy families. Sam and his store are a stabilizing force in our community.

If you need any additional references, or have additional questions or concerns, please contact me directly at the school at (314) 383-1829.

Sincerely,

*Mildred Moore*

Ms. Mildred Moore
Principal, Walbridge S.T.E.A.M. Academy
mildred.moore@slps.org