UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:17-CR-00234 -RLW |
| | ) | |
| HISHAM MUTAN, | ) | FILED UNDER SEAL |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

COMES NOW Defendant Hisham Mutan ("Mutan"), by and through undersigned counsel, and provides this Memorandum in Support of his Motion for Leave to File Document Under Seal. Mutan states as follows:

1. ████████████████████████████████████████████
████████████████████████████████

2. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████

3. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

4. █████

5. █████

6. █████

██████████████████████████████████████████████████

████████████████

WHEREFORE, based on the foregoing, Mutan respectfully requests that this Court grant this motion, and for such other and further relief as this Court deems just and proper under the circumstances.

**BRUNTRAGER & BILLINGS, P.C.**

 /s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
Daniel J. Bruntrager, #34546
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
(314) 646-0066
(314) 646-0065 Fax
njbatty@aol.com
djb@law-stl.com

*Attorneys for Defendants Hisham Mutan and Saddam Mutan*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing through the Court's CM/ECF system. I further certify that a copy of the foregoing was served on counsel for the United States.

                                 **BRUNTRAGER & BILLINGS, P.C.**

                                 /s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
Daniel J. Bruntrager, #34546
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
(314) 646-0066
(314) 646-0065 Fax
njbatty@aol.com
djb@law-stl.com

*Attorneys for Defendants Hisham Mutan and Saddam Mutan*

4