**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    4:17-CR-234 |
| | ) | |
| HISHAM MUTAN (3) *et al.*, | ) | FILED UNDER SEAL |
| | ) | |
| Defendants. | ) | |

**HISHAM MUTAN'S MOTION FOR**
███████████████████████████████

████████████████████████████████████████████████████

██████  ████████  ████████████████████████████  ██████  ██████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

2

[Page content fully redacted]

██████████████████████████████████████████████████████████████

████████████████████████████████████ ████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████

　　████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███

　　████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████

- ███████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

4

████████████████████████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████

**I.     Relevant Background**

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

5

## II. Discussion

[page contents redacted]

7

[Page content redacted]

9

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███

        ████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███

        ████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████

**III.    Conclusion**

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████

                              **BRUNTRAGER & BILLINGS, P.C.**

                              /s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
Daniel J. Bruntrager, #34546
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
(314) 646-0066
(314) 646-0065 Fax
njbatty@aol.com
djb@law-stl.com

*Attorneys for Defendants Hisham Mutan and Saddam Mutan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____, the foregoing ████████████████ was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all attorneys of record. I further certify that I served the foregoing via email to all counsel of record.

                                        /s/ Neil J. Bruntrager