

February 1, 2001

Sincerely,



EXHIBIT

tabbies®

1